Werner W. Schroeder, William S. Allen, Fred J. O'Connor, Arthur J. Donovan and James O. Dwight, for appellant; James O. Dwight and James E. Hastings, of counsel; William H. Arpaia, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed April 9, 1952; rehearing denied April 23, 1952; released for publication April 25, 1952.

## Esther T. Blair, Appellee, v. Frederick A. Gariepy, Appellant.

**Gen. No. 45,545.**

Cusack & Cusack, for appellant; John F. Cusack, of counsel; Harvey L. Cavender, and Dominic H. Valens, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 9, 1952; released for publication April 25, 1952.